UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STEVEN FLOYD VOSS, <br> Petitioner, <br> v. <br> ISIDRO BACA, *et al.*, <br> Respondents. | Case No. 3:16-cv-00660-MMD-WGC <br> ORDER |

Petitioner has filed a motion for relief from judgment (ECF No. 9). Respondents have appeared, and the Court will allow them to file a response.

It is therefore ordered that Respondents will have fourteen (14) days from the date of entry of this order to file a response to the motion for relief from judgment (ECF No. 9).

It is further ordered that Petitioner will have seven (7) days from the date of filing of the response to file a reply.

DATED THIS 28th day of September 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE